IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV420-R

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $207,870.43 SEIZED FROM CERTIFICATES OF DEPOSIT AT FIRST CHARTER BANK AND SHELBY SAVINGS BANK,<br><br>    Defendant. | ORDER |

**THIS MATTER** is before the Court on the Government's "Motion to Lift Stay and Notice of Possible Second Motion" (document #25) filed March 3, 2008. For the reasons stated therein, the Government's Motion will be <u>granted</u>.

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. The Government's "Motion to Lift Stay and Notice of Possible Second Motion" (document #25) is **GRANTED**, that is, the **STAY** entered in this matter on December 12, 2007 will be **LIFTED** effective **March 14, 2008**.

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Martin K. Reidinger</u>.

**SO ORDERED.**

Signed: March 4, 2008

_____
Carl Horn, III
United States Magistrate Judge