UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:07CV420-MKR

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                    )<br>             Plaintiff,              )<br>     v.                                        )<br>                                                    )<br>APPROXIMATELY $207,870.43 SEIZED  )<br>FROM CERTIFICATES OF DEPOSIT AT    )<br>FIRST CHARTER BANK AND SHELBY     )<br>SAVINGS BANK,                            )<br>                                                    )<br>             Defendant.             ) | **ORDER** |

THIS MATTER is before the Court on the government's second motion to stay this civil forfeiture case pursuant to 18 U.S.C. §981(g)(1), on the ground that further proceedings at this time would interfere with a related criminal investigation or prosecution. The government has requested a stay for a limited time period of 60 days.

In support of the motion, in accordance with §981(g)(5), the government has submitted <u>ex parte</u> a separate statement for <u>in camera</u> review. Having carefully reviewed the statement and the government's memorandum, the Court finds that civil discovery at this time will adversely affect the ability of the government to conduct the related criminal investigation or the prosecution of a related criminal case.

It is therefore ORDERED that this case is stayed for 60 days from the date of this order.

**SO ORDERED**.

Signed: March 25, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge