# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL NO. 3:07 CV 420-MKR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPROXIMATELY $207.870.43 SEIZED ) | |
| FROM CERTIFICATES OF DEPOSIT AT ) | |
| FIRST CHARTER BANK AND SHELBY ) | |
| SAVINGS BANK, ) | |
| ) | |
| Defendant. ) | |

This Motion is before the Court on the Claimants' Motion to Stay this civil forfeiture pursuant to 18 U.S.C. §981(g)(2)(A) on the grounds that two of the claimants have been named by the United States Attorney's Office as subjects of a related criminal investigation or case. The Government does not oppose this motion.

**IT IS THEREFORE ORDERED** that this case is **STAYED** until a motion is filed by the plaintiff or claimants following resolution of the criminal investigation.

**SO ORDERED.**

Signed: July 8, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge