IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV420-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| APPROXIMATELY $207,870.43 | ) | |
| SEIZED FROM CERTIFICATES OF | ) | |
| DEPOSIT AT FIRST CHARTER BANK | ) | |
| AND SHELBY SAVINGS BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court upon its own motion. This case was recently reassigned to the undersigned.

IT IS THEREFORE ORDERED that the parties are directed to come to Judge Mullen's chambers on **October 7, 2009 at 2:00 P.M.** to confer and advise the Court as to the status of this case.

Signed: September 23, 2009

Graham C. Mullen
United States District Judge