IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CV420-GCM-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO UNSEAL |
| v. | ) | REDACTED AFFIDAVIT |
| | ) | FOR LIMITED PURPOSE |
| APPROXIMATELY $207,870.43 | ) | |

On the Government's Motion to unseal in the above-captioned civil forfeiture case file, and for the reasons stated in the Government's Motion,

IT IS ORDERED that the file is unsealed for the limited purpose of permitting discovery in the related criminal case, No. 3:11CR153-RJC, and that the Government may provide a redacted copy of the Affidavit to defense counsel in that case.

Except as specifically ordered herein, the Clerk shall continue to maintain the sealed documents under seal in this case. The stay ordered on July 8, 2008, shall continue to be in effect until further order of the Court.

**SO ORDERED**.

Signed: October 26, 2011

David S. Cayer
United States Magistrate Judge